| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50399 | 1 of 1 |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

# Earnings Statement

![ADP]

Period Starting:   02/25/2018
Period Ending:    03/03/2018
Pay Date:         03/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
    Federal:  0                     Federal:
    State:    0                     State:
    Local:    0                     Local:
Social Security Number: XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 5500.00 |
| **Gross Pay** | | | **$500.00** | $5,500.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 572.20 |
| Social Security | -31.00 | 341.00 |
| Medicare | -7.25 | 79.75 |
| Pennsylvania State Income | -15.35 | 168.85 |
| Pennsylvania State UI | -0.30 | 3.30 |
| Reading C Local Income | -6.50 | 71.50 |
| Reading City Local Services | -1.00 | 11.00 |
| **Net Pay** | **$390.80** | |

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50392 | 1 of 1 | **Earnings Statement** | ADP |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

Period Starting:  02/18/2018
Period Ending:   02/24/2018
Pay Date:          03/05/2018

Taxable Marital Status: Single
Exemptions/Allowances:          Tax Override:
    Federal:  0                      Federal:
    State:    0                      State:
    Local:    0                      Local:
Social Security Number: XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 5000.00 |
| **Gross Pay** | | | **$500.00** | $5,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 524.40 |
| Social Security | -31.00 | 310.00 |
| Medicare | -7.25 | 72.50 |
| Pennsylvania State Income | -15.35 | 153.50 |
| Pennsylvania State UI | -0.30 | 3.00 |
| Reading C Local Income | -6.50 | 65.00 |
| Reading City Local Services | -1.00 | 10.00 |
| **Net Pay** | **$390.80** | |



Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC  All Rights Reserved.

▼ TEAR HERE

| Company Code | Loc/Dept | Number | Page | | |
|---|---|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50385 | 1 of 1 | | |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

**Earnings Statement**



Period Starting: 02/11/2018
Period Ending: 02/17/2018
Pay Date: 02/26/2018

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
   Federal: 0    Federal:
   State: 0    State:
   Local: 0    Local:
Social Security Number:   XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 4500.00 |
| **Gross Pay** | | | **$500.00** | **$4,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 476.60 |
| Social Security | -31.00 | 279.00 |
| Medicare | -7.25 | 65.25 |
| Pennsylvania State Income | -15.35 | 138.15 |
| Pennsylvania State UI | -0.30 | 2.70 |
| Reading C Local Income | -6.50 | 58.50 |
| Reading City Local Services | -1.00 | 9.00 |
| **Net Pay** | **$390.80** | |

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC  All Rights Reserved.
TEAR HERE

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50378 | 1 of 1 |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

# Earnings Statement

Period Starting:   02/04/2018
Period Ending:    02/10/2018
Pay Date:          02/16/2018

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
  Federal:   0                  Federal:
  State:     0                  State:
  Local:     0                  Local:
Social Security Number:   XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 4000.00 |
| **Gross Pay** | | | **$500.00** | $4,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 428.80 |
| Social Security | -31.00 | 248.00 |
| Medicare | -7.25 | 58.00 |
| Pennsylvania State Income | -15.35 | 122.80 |
| Pennsylvania State UI | -0.30 | 2.40 |
| Reading C Local Income | -6.50 | 52.00 |
| Reading City Local Services | -1.00 | 8.00 |
| **Net Pay** | **$390.80** | |

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

| Company Code | Loc/Dept | Number | | |
|---|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50362 | 1 of 1 | |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

# Earnings Statement

**ADP**

Period Starting:   01/21/2018
Period Ending:    01/27/2018
Pay Date:            02/05/2018

Taxable Marital Status:   Single
Exemptions/Allowances:         Tax Override:
    Federal:   0                        Federal:
    State:     0                        State:
    Local:     0                        Local:
Social Security Number:   XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 3000.00 |
| **Gross Pay** | | | **$500.00** | **$3,000.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 333.20 |
| Social Security | -31.00 | 186.00 |
| Medicare | -7.25 | 43.50 |
| Pennsylvania State Income | -15.35 | 92.10 |
| Pennsylvania State UI | -0.30 | 1.80 |
| Reading C Local Income | -6.50 | 39.00 |
| Reading City Local Services | -1.00 | 6.00 |

| **Net Pay** | | **$390.80** |
|---|---|---|

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

00264

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50355 | 1 of 1 |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

# Earnings Statement

**ADP**

Period Starting: 01/14/2018
Period Ending: 01/20/2018
Pay Date: 01/29/2018

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal:  0                Federal:
  State:    0                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 2500.00 |
| **Gross Pay** | | | **$500.00** | **$2,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -47.80 | 285.40 |
| Social Security | -31.00 | 155.00 |
| Medicare | -7.25 | 36.25 |
| Pennsylvania State Income | -15.35 | 76.75 |
| Pennsylvania State UI | -0.30 | 1.50 |
| Reading C Local Income | -6.50 | 32.50 |
| Reading City Local Services | -1.00 | 5.00 |

| **Net Pay** | | **$390.80** |
|---|---|---|

Your federal taxable wages this period are $500.00

▼ TEAR HERE

© 1998, 2006, ADP, LLC    All Rights Reserved.

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50348 | 1 of 1 |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

# Earnings Statement

**ADP**

Period Starting:  01/07/2018
Period Ending:   01/13/2018
Pay Date:        01/22/2018

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
  Federal: 0                 Federal:
  State:   0                 State:
  Local:   0                 Local:
Social Security Number: XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 2000.00 |
| **Gross Pay** | | | **$500.00** | $2,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.40 | 237.60 |
| Social Security | -31.00 | 124.00 |
| Medicare | -7.25 | 29.00 |
| Pennsylvania State Income | -15.35 | 61.40 |
| Pennsylvania State UI | -0.30 | 1.20 |
| Reading C Local Income | -6.50 | 26.00 |
| Reading City Local Services | -1.00 | 4.00 |

| **Net Pay** | **$379.20** |
|---|---|

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC All Rights Reserved.
▼ TEAR HERE

00214

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / WBE 23372203 | 01/ | 50341 | 1 of 1 |

SuperNatural & Fresh Produce Inc
1350 North 12th Street
Reading, PA 19604

**Earnings Statement**

ADP

Period Starting:    12/31/2017
Period Ending:      01/06/2018
Pay Date:           01/12/2018

Taxable Marital Status:    Single
Exemptions/Allowances:          Tax Override:
    Federal:    0                   Federal:
    State:      0                   State:
    Local:      0                   Local:
Social Security Number:    XXX-XX-XXXX

**Delmin A Then**
**2928 Gerard Ave**
**Reading, PA 19608**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 0.00 | 500.00 | 1500.00 |
| **Gross Pay** | | | **$500.00** | **$1,500.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -59.40 | 178.20 |
| Social Security | -31.00 | 93.00 |
| Medicare | -7.25 | 21.75 |
| Pennsylvania State Income | -15.35 | 46.05 |
| Pennsylvania State UI | -0.30 | 0.90 |
| Reading C Local Income | -6.50 | 19.50 |
| Reading City Local Services | -1.00 | 3.00 |

**Net Pay**     **$379.20**

Your federal taxable wages this period are $500.00

© 1998, 2006. ADP, LLC  All Rights Reserved.

▼ TEAR HERE