**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CASE NO: 18-11517 | |
| Delmin A. Then | : | | |
| | : | | |
| Debtor(s) | : | CHAPTER 13 | |

**RESPONSE TO MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362 (d) AND MOTION FOR SANCTIONS IN THE FORM OF IN REM RELIEF**

1. Admitted
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Denied.
8. Denied.
9. Denied.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.

WHEREFORE, Debtor seeks an Order denying this Motion.

Respectfully submitted,

Dated: April 18, 2018          By: /s/ Michael D. Hess
Michael D. Hess, Esquire
Pa. I.D.# 63650
Attorney for Debtor
1672 Manheim Pike
Lancaster, PA 17601
(717) 391-2911