**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-11517-ref |
| Delmin A. Then | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**To:    Portfolio Recovery Associates, LLC**

Debtor, Portfolio Recovery Associates, has filed an objection to the Proof of Claim you have filed in this bankruptcy case.

**<u>YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED.</u>  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE.**

**IF YOU DO NOT WANT THE COURT TO ELIMINATE OR CHANGE YOUR CLAIM, YOU OR YOUR LAWYER MUST ATTEND THE HEARING ON THE OBJECTION, SCHEDULED TO BE HELD BEFORE THE HONORABLE RICHARD E. FEHLING ON November 8, 2018 AT 9:30 A. M., IN COURTROOM 1, UNITED STATES BANKRUPTCY COURT, THE MADISON BUILDING, 400 WASHINGTON STREET, READING, PENNYSLVANIA, 19606.  IF YOU OR YOUR ATTORNEY DO NOT ATTEND THE HEARING ON THE OBJECTION, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE OBJECTION TO YOUR CLAIM.**

                                                              **BURKE & HESS**

**Date: October 2, 2018**                         <u>/s/ Michael D. Hess</u>
                                                       **Michael D. Hess**
                                                       **1672 Manheim Pike**
                                                       **Lancaster, PA  17601**
                                                       **Attorney of the Debtor**