## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                         :          CASE NO:  18-11517-ref

    Delmin A. Then                      :

                                                :

                                                :          CHAPTER 13

                              Debtor     :

## ORDER

**AND NOW,**  upon consideration of Debtor's Objection to Proof of Claim of  Portfolio

Recovery Associates, LLC, (Proof of Claim No 4-1),

IT IS HEREBY ORDERED that the Proof of Claim filed by Portfolio Recovery

Associates, LLC, is disallowed in its entirety.

*11/8/18*

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA  17601-3028

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller, Interim Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541