**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-11517-ref |
| Delmin A. Then | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

**ORDER**

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Quantum3 Group LLC as agent for Sadino Funding LLC (Proof of Claim No. 1-1),

**IT IS HEREBY ORDERED,** that the Proof of Claim filed by Quantum3 Group LLC as agent for Sadino Funding LLC is re-classified as un-secured debt of $482.91.

BY THE COURT

11/8/18    R. _____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Quantum3 Group LLC
c/o Rui Pinto Cardoso, CEO
12006 98th Avenue NE
Suite 200
Kirkwood, WA 98034-4218

William C. Miller, Interim Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
c/o Katheryn E. Magaha, Authorized Agent
PO Box 788
Kirkland, WA 98083-0788