United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11517-ref
Delmin A. Then                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: Nov 08, 2018
                              Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db              +Delmin A. Then,    2928 Gerard Avenue,    Sinking Springs, PA 19608-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2018 02:49:22     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14073908         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:37
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Delmin A. Then amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CASE NO: 18-11517-ref |
|     Delmin A. Then | : | |
| | : | |
| | : | CHAPTER 13 |
| Debtor | : | |

**ORDER**

AND NOW, upon consideration of Debtor's Objection to Proof of Claim of Portfolio Recovery Associates, LLC, (Proof of Claim No 4-1),

IT IS HEREBY ORDERED that the Proof of Claim filed by Portfolio Recovery Associates, LLC, is disallowed in its entirety.

11/8/18

BY THE COURT

_____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601-3028

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

William C. Miller, Interim Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541