United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-11517-ref
Delmin A. Then                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Keith              Page 1 of 1              Date Rcvd: Nov 08, 2018
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
db          +Delmin A. Then,   2928 Gerard Avenue,   Sinking Springs, PA 19608-1006
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14072252       E-mail/Text: bnc-quantum@quantum3group.com Nov 09 2018 02:46:44
               Quantum3 Group LLC as agent for,   Sadino Funding LLC,   PO Box 788,
               Kirkland, WA   98083-0788
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
              ADAM BRADLEY HALL    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KARINA  VELTER    on behalf of Creditor    WELLS FARGO BANK, NA amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              MICHAEL D. HESS    on behalf of Debtor Delmin A. Then amburke7@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO: 18-11517-ref
    Delmin A. Then :
                     : CHAPTER 13
          Debtor :

## ORDER

**AND NOW,** upon consideration of Debtor's Objection to Proof of Claim of Quantum3 Group LLC as agent for Sadino Funding LLC (Proof of Claim No. 1-1),

**IT IS HEREBY ORDERED**, that the Proof of Claim filed by Quantum3 Group LLC as agent for Sadino Funding LLC is re-classified as un-secured debt of $482.91.

BY THE COURT

11/8/18     R. _____
United States Bankruptcy Judge

Michael D. Hess, Esquire
1672 Manheim Pike
Lancaster, PA 17601

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Quantum3 Group LLC
c/o Rui Pinto Cardoso, CEO
12006 98th Avenue NE
Suite 200
Kirkwood, WA 98034-4218

William C. Miller, Interim Trustee
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC
c/o Katheryn E. Magaha, Authorized Agent
PO Box 788
Kirkland, WA 98083-0788