# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br>     **Delmin A. Then** <br><br>                   **Debtor(s)** | **Chapter 13** <br><br> **Bankruptcy No. 18-11517-ref** |

## ORDER

AND NOW, upon consideration of the Fee application of Michael D. Hess, Esq., of Burke & Hess, attorney for the above-captioned Debtor, and after Notice having been given to the Trustee, the United States Trustee's Office, and all other interested parties, with no outstanding objection, it is hereby:

ORDERED, that the application for fees is approved in the amount of $4,000.00 plus $40.42 for expense reimbursement.

**Date: April 5, 2019**

_____
**United States Bankruptcy Judge**