| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-11517-PMM

| | |
|---|---|
| DELMIN A  THEN<br>2928 GERARD AVENUE<br>SINKING SPRINGS  PA      19608 | Petition Filed Date: 03/06/2018<br>341 Hearing Date: 05/15/2018<br>Confirmation Date: 02/21/2019 |

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $800.00 | | 02/28/2019 | $320.00 | | 09/12/2019 | $7,745.00 | |
| 01/03/2020 | $1,000.00 | 6453720000 | 04/02/2020 | $2,000.00 | 6682276000 | 05/20/2020 | $6,400.00 | 6801910000 |

**Total Receipts for the Period: $18,265.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $21,465.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for<br>»» 001 | Unsecured Creditors | $482.91 | $0.00 | $482.91 |
| 3 | TOYOTA MOTOR CREDIT CORP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA<br>»» 005 | Mortgage Arrears | $49,089.59 | $15,648.76 | $33,440.83 |
| 6 | BURKE & HESS<br>»» 006 | Attorney Fees | $3,850.42 | $3,850.42 | $0.00 |

**Chapter 13 Case No. 18-11517-PMM**

| SUMMARY |
|:-------:|

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,465.00 | Current Monthly Payment: | $1,175.00 |
| Paid to Claims: | $19,499.18 | Arrearages: | $2,350.00 |
| Paid to Trustee: | $1,965.82 | Total Plan Base: | $60,240.00 |
| Funds on Hand: | $0.00 | | |

**<u>NOTES:</u>**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.