| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-11517-PMM**

DELMIN A  THEN
2928 GERARD AVENUE
SINKING SPRINGS  PA    19608

Petition Filed Date: 03/06/2018
341 Hearing Date: 05/15/2018
Confirmation Date: 02/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $1,000.00 | 6453720000 | 04/02/2020 | $2,000.00 | 6682276000 | 05/20/2020 | $6,400.00 | 6801910000 |
| 09/21/2020 | $2,000.00 | 7096506000 | 12/18/2020 | $3,000.00 | 7316427000 | 01/14/2021 | $3,225.00 | 7378765000 |

**Total Receipts for the Period:  $17,625.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $29,690.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | PORTFOLIO RECOVERY ASSOCIATES »» 002 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES »» 004 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC as agent for »» 001 | Unsecured Creditors | $482.91 | $0.00 | $482.91 |
| 3 | TOYOTA MOTOR CREDIT CORP »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK NA »» 005 | Mortgage Arrears | $48,024.85 | $23,238.01 | $24,786.84 |
| 6 | BURKE & HESS »» 006 | Attorney Fees | $3,850.42 | $3,850.42 | $0.00 |

**Chapter 13 Case No. 18-11517-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,690.00 | Current Monthly Payment: | $1,175.00 |
| Paid to Claims: | $27,088.43 | Arrearages: | $5,875.00 |
| Paid to Trustee: | $2,601.57 | Total Plan Base: | $60,240.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.